596

429 A.2d 84

Commonwealth v. Matzuras, Appellant.

Argued June 10, 1980.   Janet W. Mason, for appellant;  Joseph Carrol, for Commonwealth, appellee.

Before HESTER, CAVANAUGH, and VAN der VOORT, JJ.

Judgment of sentence affirmed.

429 A.2d 84

Commonwealth v. McFadden, Appellant.

Submitted September 13, 1979.   Michael J. Stack, Jr., for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Affirmed.